IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRESTON GARDNER,

    Petitioner,                   No. 2:12-cv-1927 EFB P

    vs.

E. VALENZUELA,

    Respondent.              ORDER

                             /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong district.

       In a habeas action, venue is proper in either the district of confinement or the district of conviction. 28 U.S.C. 2241(d). Petitioner was convicted in Contra Casta County, but is incarcerated in San Luis Obispo County. Dckt. No. 1 at 1. Thus, the Eastern District is not a proper venue for this action.

       The petition concerns the denial of parole. As witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of incarceration, the court will transfer this action to the United States District Court for the Central District of California. *See* Rule 12, Rules Governing § 2254 Cases; 28 U.S.C. 1404(a); *Braden v. 30th*

1  *Judicial Circuit Court*, 410 U.S. 484, 499 n. 15 (1973).  The court declines to take action on
2  petitioner's application to proceed *in forma pauperis*.
3      Accordingly, it is ORDERED that this action is transferred to the Central District of
4  California.
5  DATED:  October 9, 2012.

                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE